IN THE SUPREME COURT OF THE STATE OF KANSAS

Certificate No. 5480

*In re* JOHN RICHARD COCHRAN voluntary surrender of his certificate to practice law in the State of Kansas.

Opinion canceling certificate filed October 3, 1973.

*Per Curiam:* On September 26, 1973, John Richard Cochran voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE John Richard Cochran's name from the roll of attorneys.